# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN EDUARDO MAGANA-HERRERA,<br><br>　　　　　Defendant. | Case No. 21-CR-01719-GPC<br><br>**ORDER AND JUDGMENT GRANTING THE UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing, the Court hereby **ORDERS** that the information in this case be dismissed without prejudice for the reasons articulated in the motion to dismiss (ECF No. 14).

**IT IS SO ORDERED.**

Dated: July 21, 2021

　　　　　　　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge